78 A.3d 986

IN THE MATTER OF GLENN RANDALL, AN ATTORNEY
AT LAW (ATTORNEY NO. 020931997).

December 3, 2013.

## ORDER

This matter having been duly presented, it is ORDERED that **GLENN RANDALL** of **HUNTINGDON VALLEY, PENNSYL-VANIA,** who was admitted to the bar of this State in 1998, and who was suspended from the practice of law for a period of one year, effective February 4, 2009, by Order of this Court filed February 9, 2009, be restored to the practice of law, effective immediately; and it is further

ORDERED that **GLENN RANDALL** shall remit the filing fee of $750 to the Disciplinary Oversight Committee, c/o the Disciplinary Review Board, in monthly installments of $200 on a schedule approved by the Disciplinary Review Board until the balance is paid in full.